UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL T EPPS,<br><br>             Plaintiff,<br><br>       v.<br><br>SAN MATEO COUNTY, et al.,<br><br>             Defendants. | Case No. 24-cv-03471-VC<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

    Daniel Epps, a former detainee at Maguire Correctional Facility proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. The court reviewed the complaint and found that while Epps appeared to allege a cognizable Fourteenth Amendment claim, he named only two supervisory individual defendants and did not describe how they were involved in violating his rights. The court dismissed the complaint with leave to amend for Epps to file an amended complaint curing the noted deficiencies.

    The time to amend has passed and Epps has not filed an amended complaint. Accordingly, this complaint is dismissed without prejudice.

    The clerk shall issue a separate judgment and close the file.

    **IT IS SO ORDERED.**

Dated: October 28, 2024

_____
VINCE CHHABRIA
United States District Judge